FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH 2007 JUN 28  A 10: 37
CENTRAL DIVISION

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| PAUL A. DROCKTON, JR.,<br><br>                Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE GROUP, INC., et al.,<br><br>                Defendants. | ORDER ADOPTING<br>REPORT & RECOMMENDATION<br><br><br><br>Case No. 2:07 CV 11 TC |

Plaintiff Paul R. Drockton, Jr. has filed a *pro se* civil rights complaint under 42 U.S.C. §1983 against multiple defendants, including Joseph Cannon and Deseret News Publishing (the "Deseret News Defendants"). Plaintiff's complaint includes five causes of action, four of which name the Deseret News Defendants. Those four causes of action are: (1) "Unlawful Interference with Plaintiff's attempts to obtain proper Attorney Representation," (2) "Abuse of Office in an attempt to deprive Plaintiff of his civil Rights," (3) "Gross and criminal retaliation against Plaintiff for Plaintiff's efforts to seek justice," and (4) "Unlawful interference with an [Equal Employment Opportunity Commission ("EEOC")] complaint and investigation."

The matter was referred to Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B). On June 6, 2007, Judge Warner issued a Report and Recommendation (the "R&R") that recommended granting the Deseret News Defendants' motion to dismiss dismissing

all Plaintiff's claims against the Deseret News Defendants. The parties were given ten days to file objections to the R&R and were cautioned that failure to file objections could constitute a waiver of those objections on subsequent appellate review. There were no objections to the R&R.

The court has conducted a *de novo* review of the issues and agrees with Judge Warner's recommendation. Accordingly, the Report and Recommendation is adopted as the order of this court. The Deseret News Defendants' motion to dismiss is **granted** and all Plaintiff's claims against the Deseret News Defendants are **dismissed**.

DATED this 28 day of June, 2007.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge