FILED
U.S. DISTRICT COURT

2007 SEP 19  A 10: 03

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PAUL A. DROCKTON, JR., <br><br>              Plaintiff, <br><br> vs. <br><br> FARMERS INSURANCE GROUP, INC., et al., <br><br>              Defendants. | ORDER ADOPTING <br> REPORT & RECOMMENDATION <br><br><br><br><br> Case No. 2:07 CV 11 TC |

Plaintiff Paul R. Drockton, Jr. filed a *pro se* civil rights complaint under 42 U.S.C. §1983

on January 8, 2007.  His case was referred to Magistrate Judge Paul M. Warner pursuant to 28

U.S.C. § 636(b)(1)(B).  On August 30, 2007, Judge Warner issued a Report and

Recommendation (the "R&R") that recommended dismissal of the Plaintiff's case for failure to

serve a summons and complaint upon each of the defendants named therein within 120 days of

filing the complaint.  The parties were given ten days to file objections to the R&R and were

cautioned that failure to file objections could constitute a waiver of those objections on

subsequent appellate review.  There were no objections to the R&R.

The court has conducted a *de novo* review of the issues and agrees with Judge Warner's

recommendation.  Accordingly, the Report and Recommendation is adopted as the order of this

court.  Plaintiff's case is **dismissed** without prejudice

DATED this ___19 day of September, 2007.

BY THE COURT:

TENA CAMPBELL
Chief Judge